IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STANDARD PROCESS INC.,

               Plaintiff,

v.

PABLO FUENTES, WELLNESS ENTERPRISES,
and JOHN DOES 1-100,

               Defendants.

ORDER

21-cv-33-wmc

---

Consistent with plaintiff's Motion for Finding of Contempt & for Leave to Take Discovery (dkt. #20) and subsequent Declaration of Service (dkt. #23), the court ORDERS as follows:

1. The court reopens this case.

2. Defendants Pablo Fuentes and Wellness Enterprises may have until March 22, 2024, to show cause in writing why they should not be held in contempt of the court's Order & Judgment dated June 11, 2021 (dkt. #18).

3. Plaintiff's counsel may proceed to take discovery in aid of proceedings, including service of the subpoena to produce documents (dkt. #22-1).

4. Along with serving the subpoena, plaintiff's counsel shall ensure prompt service of this order on defendants.

Entered this 1st day of March, 2024.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge